# United States Court of Appeals
## For the First Circuit

No. 15-2073

UNITED STATES OF AMERICA,

Appellee,

v.

CHRISTIAN VÁZQUEZ-VÁZQUEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on March 24, 2017, is amended as follows:

On page 9, line 11: "cert. denied" is replaced with "cert. denied"